■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMONT RAMSEURE, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered February 27, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Lunn, Fahey and Green, JJ.